IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HEATHER MACK and TOMMY E. SCHAEFER,<br><br>Defendants. | Case No. 1:17-cr-518<br><br>Hon. Charles R. Norgle |

## ORDER

At the status hearing held on April 6, 2022 as to Heather Mack, Attorney Thomas Durkin advised the Court that he had filed an appearance on behalf of Tommy E. Schaefer, co-defendant. The appearance, if not the presence, of Attorney Durkin was questioned by the government. A review of the Court's docket indicates that Attorney Durkin filed an appearance on November 3, 2021 on behalf of Schaefer as appointed counsel and as a CJA Panel Attorney. Dkt. 19. But the docket contains no order appointing Attorney Durkin as a CJA Panel Attorney, no request from Schaefer that the Court appoint counsel, and no affidavit from Schaefer indicating his inability to afford counsel. The record should be clarified by counsel as to which Judge or Magistrate Judge, if any, appointed a CJA Panel Attorney to represent Schaefer.

IT IS SO ORDERED.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: April 6, 2022