## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                       Plaintiff,

v.                                                 Case No.: 1:17−cr−00518
                                                 Honorable Matthew F. Kennelly

Heather L Mack, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 7, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Heather L Mack, Tommy E Schaefer: This case has been reassigned to Judge Kennelly. By 10/21/2022 the parties are to file a joint status describing the current status of proceedings in this case; what further proceedings are contemplated; and a proposed schedule for further proceedings. The case is set for a telephonic status hearing on 10/26/2022 at 9:40 AM. The Court waives the appearance of the defendant(s) for this status hearing as it will primarily involve scheduling. The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.