UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HEATHER L. MACK | No. 17 CR 518<br><br>Honorable Matthew F. Kennelly |

### JOINT STATUS REPORT

The UNITED STATES OF AMERICA, by and through the undersigned attorneys, respectfully submits this joint status report pursuant to the Court's Order dated October 7, 2022 (Dkt. 61). As described below, a July 2023 trial date and related deadlines have been set. The parties respectfully request the Court to adopt the schedule previously ordered, with the exception of an agreed-upon extension of certain pre-trial filing deadlines.

**I.      Background**

On July 26, 2017, defendant Heather L. Mack was charged in a three-count Indictment with Conspiracy to Commit Murder, in violation of Title 18, United States Code, Section 956(a)(1) and (2)(A)(Count 1); Conspiracy to Commit Foreign Murder of United States National, in violation of Title 18, United States Code, Section 1117 (Count 2); and Obstruction of Justice, in violation of Title 18, United States Code, Section 1512(c)(1) and (2) (Count 3). *See* Dkt. 1.

The Indictment alleges that the defendant entered into a conspiracy with co-defendant Tommy E. Schaefer to kill defendant Mack's mother, Sheila Von Wiese.

According to the Indictment, the defendant and Schaefer killed Ms. Von Wiese on August 12, 2014, in Indonesia.

Defendant was arraigned on November 3, 2021, and she is currently in custody. The government produced voluminous discovery on November 10, 2021, February 23, 2022, and June 7, 2022.

As the parties noted in an earlier joint status report (Dkt. 57), some of the alleged criminal activity, including the murder of Ms. Von Wiese, occurred overseas. As such, the trial would involve the testimony of multiple foreign witnesses. This will require significant logistical coordination to ensure that the witnesses obtain travel documents such as visas and passports. Calling foreign witnesses will also require arranging their travel from Indonesia and securing the services of interpreters. For these reasons, the parties requested an agreed upon trial date, set sufficiently in advance to allow for the appropriate pre-trial arrangements to be made. Further, the parties anticipate that this case may involve complicated pre-trial motions.

## II. Further Proceedings

This case is set for trial starting July 31, 2023. The parties anticipate the trial will last no longer than three weeks.

The Court adopted a detailed pre-trial schedule that was jointly proposed by the parties, and which is reproduced below. Dkt. 56, 57. There are no currently pending motions. A status for scheduling purposes is set for October 26, 2022.

**III.   Schedule**

The parties ask the Court to adopt the agreed-upon pre-trial schedule set out at Docket Nos. 56 and 57, with the exception of a brief extension for the filing of certain pre-trial motions.

The current schedule requires Pretrial Motions[1], including those described in Federal Rule of Criminal Procedure 12(b)(3), to be filed on or before November 4, 2022, with responses due on December 23, 2022, and replies due January 13, 2023. The defendant has requested, and the government does not object to, an extension of these deadlines. Accordingly, the parties jointly request that the Court modify the Pretrial Motions deadlines to the following: Pretrial Motions due on or before November 18, 2022, responses due on or before January 13, 2023, and replies on or before January 27, 2023.

Other than those changes, the parties seek to keep the current pretrial and trial schedule, which is as follows:

On or before March 31, 2023, (A) the government shall file any *Santiago* proffer; (B) the government shall file notice of intent to use evidence under Federal Rule of Evidence 404(b); and (C) the parties shall notice any expert witness testimony.

On or before April 21, 2023, the defendant shall file any response to a 404(b) notice or *Santiago* proffer. The government's reply is due on or before May 12, 2023.

On or before May 26, 2023, the parties shall file (A) a joint statement of the case; (B) proposed jury instructions; (C) motions *in limine*; (D) proposed *voir dire*

---

[1] Separate from motions *in limine,*, which have a later filing schedule.

questions; (E) proposed verdict forms and (F) a preliminary exhibit list. After conferral by the parties, the preliminary exhibit list must indicate if there is an objection to the exhibit and the basis for the objection. If there is no objection, then the exhibit will be admitted at the request of the sponsoring party at trial.

On or before June 23, 2023, the parties shall file: (A) responses to motions *in limine*; (B) objections to proposed jury instructions; (C) objections to proposed *voir dire* questions. Replies are due on or before July 7, 2023.

A final pretrial conference is set for July 10, 2023, at 10:00 a.m.

A trial is scheduled to begin July 31, 2023, at 10:00 a.m.

Except for the deadline to file motions, responses and replies, the parties request to keep the dates below if the Court's schedule so allows. Alternatively, if the Court's trial schedule is unable to accommodate a July 31, 2023 trial date, the parties request a trial date no earlier than November 28, 2023.

## IV.    Exclusion of Time

Time is currently excluded through July 31, 2023. Dkt. 57.

The Government conferred with counsel of record for the Defendant in drafting this joint status report, and counsel for Defendant agrees to the submission of this joint status report.

Respectfully submitted,

| | |
|---|---|
| JOHN R. LAUSCH, JR.<br>United States Attorney | KENNETH A. POLITE, JR.<br>Assistant Attorney General<br>Criminal Division |
| By:   */s/ Ann Marie E. Ursini*<br>ANN MARIE E. URSINI<br>Assistant United States Attorney<br>219 S. Dearborn Street, Rm. 500<br>Chicago, Illinois 60604 | By:   */s/ Frank G. Rangoussis*<br>FRANK G. RANGOUSSIS<br>Trial Attorney<br>Human Rights and Special<br>Prosecutions Section<br>1301 New York Avenue, N.W.,<br>Rm. 1215<br>Washington, D.C. 20530 |

## **CERTIFICATE OF SERVICE**

I, Ann Marie E. Ursini, an attorney, certify that I served a copy of the foregoing Joint Status Report by filing the same using the CM/ECF System, and that a copy will be provided to all parties of record designated to receive notice.

        Respectfully submitted,

        JOHN R. LAUSCH, JR.
        United States Attorney

By:    */s/ Ann Marie E. Ursini*
        ANN MARIE E. URSINI
        Assistant United States Attorneys
        219 S. Dearborn Street, Rm. 500
        Chicago, Illinois 60604