UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | } | |
| | } | |
| | } | |
| v | } | |
| | } | Case No.  17 cr 518-2 |
| | } | |
| Tommy E. Schaefer | } | |
| | } | |

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR REASSIGNMENT

It appearing that the above-captioned case requires further judicial action, I therefore recommend to the Executive Committee that this case be reassigned to Honorable Matthew F. Kennelly.  The reasons for my recommendation are indicated on the reverse of this form.

**THOMAS G. BRUTON, CLERK**

/s/ Lorenzo Walker
Deputy Clerk

Dated:   February 24, 2026

### ORDER OF THE EXECUTIVE COMMITTEE

**IT IS HEREBY ORDERED** that the Clerk of the Court reassign the above-captioned case to Honorable Matthew F. Kennelly in accordance with the Rules.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

Chief Judge Virgina M. Kendall

Dated:  2/24/2026



IOP13(b)  [X]        This cause is currently pending on the Fugitive Calendar having previously been assigned to the calendar of Honorable Judge Matthew F. Kennelly; it is recommended that it be reassigned to the calendar of Honorable Matthew F. Kennelly as it appears to require further judicial action.

LR40.5    []         Pursuant to the provisions of LR 40.5, this cause is to be reassigned by lot having been reversed and remanded pursuant to a mandate issued by the U.S. Court of Appeals, 7th Circuit.

IOP13(J)  []         This cause having last been assigned to the calendar of Honorable Judge who is no longer sitting; it is recommended that it be reassigned to the calendar of an active judge of this court as it appears to require further judicial action.