# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                                Case No.: 1:17−cr−00518

                                                      Honorable Matthew F. Kennelly

, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 24, 2026:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Tommy E Schaefer: The case is set for an in−person initial appearance and arraignment hearings on 2/26/2026 at 10:45 a.m. The hearing will be held in Courtroom 2103. The Court will make the necessary arrangements to have the defendant appear for the hearing. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.