**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                         Case No.: 1:17−cr−00518
                                         Honorable Matthew F. Kennelly

, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 26, 2026:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Tommy E Schaefer: In person arraignment and initial appearance held on 2/26/2026. Attorney Matthew J. Madden appeared on behalf of the defendant. Attorney Matthew J. Madden is appointed to represent the defendant. Defendant was informed of his rights. Defendant was informed of the charges against him in the Indictment and the maximum possible sentence/fine if convicted of the charges. Defendant acknowledged receipt of the indictment. The defendant waives formal reading of the indictment and enters a plea of not guilty as to all counts. The defendant waives the detention hearing without prejudice to seeking release later. The defendant is ordered detained pending further of Court. Rule 16.1 A conference is to be held by 3/26/2026. Defense pretrial motions are due 5/15/2026. Jury trial is set for 1/11/2027 at 9:15 a.m. An in−person status hearing is set for 5/21/2026 at 9:30 a.m. The hearing will be held in Courtroom 2103. The Court will make the necessary arrangements to have the defendant appear for the hearing. Ordered time excluded in the interest of justice through 5/21/2026 due to the need for preparation and filing of defense motions which outweighs the defendant 9;s right to a speedier trial, pursuant to 18 U.S.C. 3161(h)(1)(D). Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the court confirms the prosecutor's continuing obligation under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to: exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.