UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

TOMMY SCHAEFER

No. 17 CR 518-2

Judge Matthew F. Kennelly

**MOTION FOR ENTRY OF AGREED
PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Fed. R. Crim. P. 16(d) and 18 U.S.C. § 3771(a), the United States of America, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, moves for the entry of an agreed protective order, and in support thereof states as follows:

1.     The indictment in this case charges defendant with offenses related to conspiracy to commit murder outside of the United States and obstruction of justice.

2.     The discovery to be provided by the government in this case includes sensitive information, including medical information, mental health information, and financial information of one or more persons other than the defendant, whose unrestricted dissemination could adversely affect law enforcement interests and the privacy interests of third parties.

3.     The government has discussed the proposed protective order with counsel for defendant, who agrees to the entry of the proposed order.

WHEREFORE, the government respectfully moves this Court to enter the proposed protective order.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

A. TYSEN DUVA
Assistant Attorney General
Criminal Division

By:  ___/s/ Ann Marie E. Ursini___
ANN MARIE E. URSINI
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604

By:  ___/s/ Frank G. Rangoussis___
FRANK G. RANGOUSSIS
Acting Deputy Chief
Human Rights and Special
Prosecutions Section
1301 New York Avenue, N.W.,
12th Floor
Washington, D.C. 20530

Dated: March 23, 2026